**STATE of Missouri, Respondent,**

v.

**James Roger DAVIS, Appellant.**

**No. WD 63669.**

Missouri Court of Appeals,
Western District.

Aug. 16, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 2005.

Application for Transfer Denied
Nov. 22, 2005.

James R. Wyrsch, John Johnston, Co-Counsel, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

James Roger Davis appeals his convictions and sentences for two counts of statutory sodomy in the second degree, under section 566.064, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).